ACCEPTED
01-13-01068-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/30/2015 9:31:14 AM
CHRISTOPHER PRINE
CLERK

# BRACEWELL & GIULIANI

| | |
|---|---|
| **Texas** | Jeffrey L. Oldham |
| **New York** | Partner |
| **Washington, DC** | |
| **Connecticut** | 713.221.1225 Office |
| **Seattle** | 713.221.2199 Fax |
| **Dubai** | |
| **London** | Jeff.Oldham @bgllp.com |

Bracewell & Giuliani LLP
711 Louisiana Street
Suite 2300
Houston, Texas 77002-2770

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/30/2015 9:31:14 AM
CHRISTOPHER A. PRINE
Clerk

September 30, 2015

Hon. Christopher A. Prine                                    **Via E-File**
Clerk of the Court
First Court of Appeals
301 Fannin
Houston, Texas 77002

> Re:   No. 01-13-01068-CV; *Diamond Offshore Services Limited and Diamond Offshore Services Company v. Willie David Williams*; In the First Court of Appeals, Houston, Texas

Dear Mr. Prine:

Please prepare for me a copy of the recording made of the oral argument in this case on November 10, 2014.   If you would please advise my office when the copy is prepared, I will have a courier deliver the required fee and retrieve the disk from the Court.

Thank you.

Very truly yours,

Bracewell & Giuliani LLP

*/s/ Jeffrey L. Oldham*
Jeffrey L. Oldham

JLO/tlp

cc:   Mr. David M. Gunn                                      *Via EFile*
      Ms. Constance H. Pfeiffer
      Mr. T. Patrick Baynham                                *Via EFile*
      Mr. Steven K. Best
      Ms. Adele Hedges                                      *Via Efile*